**Malik Ambe NERO, Petitioner–
Appellant,**

v.

**Joyce K. CONLEY, Doctor,
Respondent–Appellee.**

No. 02–7260.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 12, 2002.

Decided Dec. 3, 2002.

Malik Ambe Nero, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Malik Ambe Nero, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Nero v. Conley,* No. CA–00–1224–5 (S.D.W. Va. June 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*